10/11/2023 09:21
COIBET3

**DEPARTMENT OF CORRECTIONS**
**SPECIAL TREATMENT UNIT**
**TRUST ACCOUNT STATEMENT**

Page 4 of 172
OTRTASTA

**STATEMENT DATE:   09/01/2023   -   10/11/2023**

| | | | |
|---|---|---|---|
| SBI #: 000905149D | Name: DENISIUK, JOSHUA | DOB: 08/03/1992 | |
| LOCATION: STU-ANNEX-A DORM-BUNK-03A | | RES# 000658 | |
| | | Max Rel: | |

| LOCATION | SUB ACCOUNT | BEGINNING BALANCE | ENDING BALANCE | HOLD |
|---|---|---|---|---|
| ADTC | 2101 SPENDABLE | 634.84 | 247.20 | |

### DEBTS AND LOANS SUMMARY

| TYPE | PAYABLE | DATE CREATED/INSTITUTION | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|
| LGLML | LEGAL MAIL LOAN | 04/01/2016  @ ADTC | 9.19 | 9.19 | 0.00 | ACTIVE |

### OBLIGATIONS SUMMARY

| TYPE | PAYABLE | INFO / INDICTMENT # | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|

### TRANSACTION DESCRIPTIONS — 2101 SPENDABLE SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 634.84 |
| 09/01/2023 | ADTC | CDR | CHECK-JUANITA CEASER | (50.00) | 584.84 |
| 09/05/2023 | ADTC | FPAY | PAYROLL-8/2023 | 211.95 | 796.79 |
| 09/05/2023 | ADTC | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE IN ACCORDANCE WITH 10A. | (15.00) | 781.79 |
| 09/05/2023 | ADTC | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN IN ACCORDANCE WITH 10A. | 15.00 | 796.79 |
| 09/07/2023 | ADTC | CDR | CHECK -SORRENTO'S PIZZARIA 8/31/23 | (13.45) | 783.34 |
| 09/20/2023 | ADTC | COP | COPIES 9/17/23 | (5.50) | 777.84 |
| 10/04/2023 | ADTC | FPAY | 09/23 | 169.56 | 947.40 |
| 10/04/2023 | ADTC | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE IN ACCORDANCE WITH 10A. | (15.00) | 932.40 |
| 10/04/2023 | ADTC | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN IN ACCORDANCE WITH 10A. | 15.00 | 947.40 |
| 10/02/2023 | ADTC | CDR | CHECK-WELLS FARGO BANK # 5219835724 | (700.00) | 247.40 |
| 10/03/2023 | ADTC | COP | COPIES-6 MONTH STATEMENT 9/12/2023 | (0.20) | 247.20 |

2023 OCT 26  A 11: 04    CLERK U.S. DISTRICT COURT DISTRICT OF NEW JERSEY