Oct 16, 2023

Joshua Denisiuk
PO Box 905
8 Production Way
Avenel, NJ 07001

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
2023 OCT 26 A 11: 04

Clerk,
United States District Court

Re: Filing of Habeas Corpus

Pursuint to my telephone conversation today, with the Clerk's office and the situation of the STU's Facility Authorties are refusing to issue me my signed 6 months statement. The Clerk asked me to write this letter, to the Court, and for the Hon. Judge can consider my situation or delay for sending my Petition for Writ of Habeas Corpus, to be filed sooner.

Attached is a copy of my 6 months statement, date from 8/1/23 - 10/11/23. I hope this will help me to get my petition filed and process without me being able to pay the filing fee to proceed with my petition and in forma pauperis in this action and as I am unable to afford the filing fee and counsel.

Thank you for your time and consideration.

Joshua Denisiuk